Ace Match Corp., Appellee, v. Consolidated-Modern Press, Inc., Appellant.

Gen. No. 46,408. 

First District, Third Division.
February 23, 1955.
Released for publication April 6, 1955.

David F. Silverzweig, for appellant; Jacob Stagman, for appellee; Erwin H. Greenberg, of counsel. Opinion by JUSTICE LEWE. Not to be published in full.